```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
INTEGRITY COMMUNICATIONS CORP., ET ANO,
                Plaintiff,

          v.                           10 Civ. 3238 (DAB) (RLE)
                                          ADOPTION OF REPORT
RALPH H. BAKER JR.,                       AND RECOMMENDATION

                Defendant.
-------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the August 23, 2013 Report and Recommendation of United States Magistrate Judge Ronald L. Ellis ("Report"). Judge Ellis's Report recommends that the Court grant Plaintiffs' Request for Damages be granted in nominal damages of $1, their request for injunctive relief be granted in full, and their request for attorney's fees and costs be granted but reduced to $20,000. (Report at 1, 14.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations..." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v.

<u>United Parcel Serv., Inc.</u>, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).  To date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, it is hereby

ORDERED AND ADJUDGED as follows:

1.  The Report and Recommendation of United States Magistrate Judge Ronald L. Ellis dated August 23, 2013 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2.  Pursuant to Magistrate Judge Ellis's recommendation, Plaintiffs' Request for Damages be granted in nominal damages of $1, their request for injunctive relief be granted in full, and their request for attorney's fees and costs be granted but reduced to $20,000; and

3.  The Clerk of the Court is directed to close the docket in this case.

SO ORDERED.

DATED:   New York, New York
         September 10, 2013

*Deborah A. Batts*
Deborah A. Batts
United States District Judge